**Jose Luis Estrada RAMIREZ; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–75273.

United States Court of Appeals, Ninth Circuit.

April 4, 2007 *.

April 9, 2007.

Jose Luis Estrada Ramirez, Santa Ana, CA, pro se.

Celina Margarita, Santa Ana, CA, pro se.

Celina Margarita, Santa Ana, CA, for Petitioner.

Jose Luis Estrada Sahagun, Santa Ana, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Nancy E. Friedman, Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioners' motion to reopen proceedings.

The BIA did not abuse its discretion in denying petitioners' motion to reopen because the motion to reopen was untimely and did not meet any of the regulatory exceptions. *See* 8 C.F.R. § 1003.2(c)(2),

(3); *Rodriguez–Lariz v. INS*, 282 F.3d 1218, 1222 (9th Cir.2002).

Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

## PETITION FOR REVIEW DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.